UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GLORIA MARTINEZ,

    Plaintiff,

vs.

CASE NO.:

CARNIVAL CORPORATION, a Foreign Corporation, d/b/a CARNIVAL CRUISE LINES,

    Defendant.
_____/

## COMPLAINT

**COMES NOW**, Plaintiff, GLORIA MARTINEZ by and through her undersigned counsel, and sues the Defendant, CARNIVAL CORPORATION (hereinafter "CARNIVAL"), and says:

1. This is a maritime action for personal injury damages.

2. That Defendant, CARNIVAL, is a foreign corporation, authorized to do, and doing business, in the State of Florida, and did business in Florida as CARNIVAL CRUISE LINES, providing cruising voyages to paying passengers, and owned and/or operated a cruising vessel known as the *CARNIVAL TRIUMPH*.

3. GLORIA MARTINEZ is a citizen of the State of Texas and diversity of Citizenship exists.

4. That jurisdiction is proper in this Court pursuant to 28 U.S.C. §1333, which provides original jurisdiction to the United States District Court, exclusive of state courts,

MARTINEZ, GLORIA V. CARNIVAL CRUISE
Case No:
Page 2 of 4

of "any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled."

5. That venue is proper in the Southern District of Florida, in that Defendant CARNIVAL's principal place of business is in Miami, Florida, and this action arose from injuries sustained on a sea-going cruise that originated from Miami, Florida.

6. Jurisdiction and venue are proper in the U.S. District Court for the Southern District of Florida, Miami/Dade County, under the terms of the cruise ticket tendered by Defendant, "CARNIVAL" to Plaintiff, "MARTINEZ". The Defendant has a copy of the contract for passage.

7. That on or about January 17, 2015, Plaintiff was a fare-paying passenger on the vessel CARNIVAL TRIUMPH, that was at all times material hereto, a vessel owned and operated by Defendant, CARNIVAL.

8. That on or about January 17, 2015, Plaintiff was an invitee upon the vessel owned and operated by Defendant having come onto the vessel to make use of the facilities as a fare-paying passenger.

9. That on or about January 17, 2015, Plaintiff was injured as she slipped and fell in the Salsa Disco Room on Deck 5.

10. The Salsa Disco Room was not properly maintained; there were no warning signs and/or employees of Carnival to warn of the slippery condition.

11. That the Disco Room and surrounding area of the vessel is owned and operated by Defendant CARNIVAL, and it is also within the exclusive control of CARNIVAL.

MARTINEZ, GLORIA V. CARNIVAL CRUISE
Case No:
Page 3 of 4

12. That at the aforementioned time and place, the Defendant, through its agents and/or employees, was negligent in the following acts of commission and/or omission:

   a. Failure to properly maintain the cruising vessel CARNIVAL TRIUMPH in a reasonably safe condition for use by Plaintiff and others similarly situated.

   b. Failure to correct a dangerous condition of which it either knew or should have known through the use of reasonable care.

   c. Failure to warn the Plaintiff of the existence of a dangerous condition on Defendant's cruising vessel, of which the Defendant either knew or should have known through the use of reasonable care.

   d. Failure to correct the dangerous condition.

   e. Failure to exercise reasonable care under the circumstances.

13. That as a direct and proximate result of the aforementioned negligence on the part of Defendant, Plaintiff, GLORIA MARTINEZ, was injured in and about her body and extremities; was caused great physical pain and mental suffering; has had her earning ability impaired, and will, within reasonable medical probability, suffer said impairment of her earning ability in the future; has suffered losses to her income and will continue to lose income in the future; has suffered physical and mental losses and impairments which are, within a reasonable degree of medical probability, permanent and/or continuing in nature, and will suffer said losses and impairments in the future; has been

MARTINEZ, GLORIA V. CARNIVAL CRUISE
Case No:
Page 4 of 4

caused to expend money for the treatment of her injuries and will, in the future, be caused to expend further monies for treatment of her injuries.

14. WHEREFORE Plaintiff, GLORIA MARTINEZ, demands judgment for damages against Defendant, CARNIVAL CORPORATION, a foreign corporation d/b/a CARNIVAL CRUISE LINES.

## DEMAND FOR JURY TRIAL

Plaintiff, GLORIA MARTINEZ, hereby demands trial by jury.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 28, 2015, I electronically filed the foregoing document with Clerk of the court using CM/ECF and a true and correct copy of the foregoing document will be served on the Defendant via service of process in due course.

LaBovick Law Group
5220 Hood Road, Suite 200
Palm Beach Gardens, FL 33418
(561) 625-8400 Telephone
(561) 370-6411 Facsimile
Attorneys for Plaintiff

By: _____
Peter R. Hunt, Esq.
Florida Bar No. 0107350